UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20131-UU

DOUG LONGHINI,

    Plaintiff,

v.

HORIZON PROPERTIES OF MIAMI, INC.
& SAM B. NEVEL,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On January 21, 2015, the Court entered an Order Setting an Initial Planning & Scheduling Conference requiring the parties to file by April 3, 2015 a Joint Planning & Scheduling Report, but no such report has been filed. (D.E. 4.) Additionally, the Court ordered the Plaintiff to serve and file returns of service on all defendants no later than 14 days prior to the Planning and Scheduling Conference or provide a detailed explanation, in the Planning and Scheduling Report, sufficient to show good cause for the failure to effect service. (*Id.*) Plaintiff has not served the Defendants and has failed to provide the court with a detailed explanation of her failure to effect service. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Plaintiff SHALL show cause in writing, by **Friday,**

**April 10, 2015,** why she has failed to comply with the Court's Order.  Alternatively, the Parties may file their Joint Planning and Scheduling Report by that date.  **Failure to comply with this Order shall result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers in Miami, Florida, this _6th__ day of April, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record