UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-20131-UU

DOUGLAS LONGHINI

      Plaintiff,

v.

HORIZON PROPERTIES OF MIAMI, INC.
& SAM B. NEVEL

      Defendants.
_____/

**ORDER RESETTING SCHEDULING CONFERENCE**

THIS CAUSE is hereby reset for a Scheduling Conference on Friday, June 5, 2015 at 11:00 a.m. before the Honorable Ursula Ungaro, at the United States District Court for the Southern District of Florida, 400 North Miami Avenue, Rm. 12-4, Miami, Florida 33128.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th__ day of April, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record