UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

v.

Case No.: 1:15-cv-20131-UU

HORIZON PROPERTIES OF MIAMI, INC.,
and SAM B. NEVEL,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This matter is before the Court upon Plaintiff's Motion for Extension of Time to Serve Defendants and to File Joint Planning & Scheduling Report. For good cause shown, the time by which Plaintiff shall cause Defendants to be served is extended through and including May 1, 2015; the parties shall file their Joint Planning and Scheduling Report on or before May 15, 2015.

IT IS SO ORDERED, this 13 day of April, 2015.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:

Counsel of record