UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI, individually,

    Plaintiff,

Case No.: <u>1:15-cv-20131-UU</u>

v.

HORIZON PROPERTIES OF MIAMI, INC.,
and SAM B. NEVEL,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT SAM B. NEVEL, AS TRUSTEE**

Plaintiff, DOUGLAS LONGHINI, individually, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Sam B. Nevel, as Trustee, from this action, without prejudice.

Respectfully submitted this <u>4th</u> day of <u>May</u>, 2015.

    ESPINOSA | JOMARRON
    *Counsel For The Disabled*
    4300 Biscayne Blvd., Ste. 305
    Miami, FL 33137
    Phone: (305) 717-7530
    Facsimile: (305) 717-7539
    Primary e-mail:  eservice@ejtrial.com
    Secondary e-mail: tallison@ejtrial.com
    Secondary e-mail: despinosa@ejtrial.com

    By: */s/ Thomas C. Allison*
        Thomas Allison, Esq.
        Florida Bar No. 35242
        Daniel A. Espinosa, Esq.
        Florida Bar No. 81686