UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-20131-UU

DOUGLAS LONGHINI

    Plaintiff,

v.

HORIZON PROPERTIES OF MIAMI, INC.
& SAM B. NEVEL,

    Defendants.
_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court based upon a *sua sponte* review of the docket.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On May 4, 2015, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which is effective without court order. Accordingly, it is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of May, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record