UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-20131-UU

DOUGLAS LONGHINI

    Plaintiff,

v.

HORIZON PROPERTIES OF MIAMI, INC.
& SAM B. NEVEL,

    Defendants.
_____/

## ADMINISTRATIVE ORDER REOPENING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT, having reviewed the pertinent portions of the record and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that this case is reopened for administrative purposes and the Administrative Order closing this case located at D.E. 14 is VACATED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of May, 2015.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record